IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

      Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

      Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

      Defendant,

v.

JOHN E. BREEN,

      Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2014.**

      The Stipulated Motion to Amend Civil Scheduling Order [filed March 27, 2014; docket # 38] is **granted**. For good cause shown, the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert designation for all parties: | September 30, 2014 |
| Rebuttal expert designation for all parties: | October 31, 2014 |
| Discovery cutoff: | December 1, 2014 |
| Dispositive motions deadline: | January 15, 2015 |

The Court will grant no further extension of these deadlines absent a showing of exceptional cause.

      In addition, paragraph "8.e" of the Civil Scheduling Order is hereby **amended** to include the motion's stipulated amendments regarding specific persons to be deposed and timing and location of depositions, as described in subparagraph "4.d" of the motion.

      Further, the Final Pretrial Conference scheduled in this case for December 15, 2014 is hereby **vacated** and **rescheduled** to **March 16, 2015,** at **9:30 a.m.** in Courtroom A501 on the fifth floor of

the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures  must be submitted in a useable format (i.e.,  WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).